## ROBERT LITTLE
### v.
## JOHN AND JAMES McGREGOR

### 1811

#### JOURNAL ENTRIES

1. Declaration filed; rule to plead . . . . . *Journal, infra,* \*p. 370
2. Plea; issue; continuance . . . . . . . . . . . " 404

#### PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . . . .
2. Capias and return . . . . . . . . . . . . .
3. Declaration; plea . . . . . . . . . . . . .